Same case below, 419 Fed. Appx. 519.

Same case below, 425 Fed. Appx. 557.

**No. 11-158. Mario DiBlasio, et al., Petitioners v. Antonia C. Novello, et al.**

565 U.S. 943, 132 S. Ct. 411, 181 L. Ed. 2d 259, 2011 U.S. LEXIS 7423.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 413 Fed. Appx. 352.

**No. 11-160. Donald C. Marro, Petitioner v. Fauquier Hospital, Inc.**

565 U.S. 944, 132 S. Ct. 411, 181 L. Ed. 2d 259, 2011 U.S. LEXIS 7258.

October 11, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 11-165. James Riffin, Petitioner v. Maryland Department of the Environment.**

565 U.S. 944, 132 S. Ct. 412, 181 L. Ed. 2d 259, 2011 U.S. LEXIS 7383,

October 11, 2011. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

Same case below, 189 Md. App. 720 and 189 Md. App. 726.

**No. 11-167. Anthony Sarkis, Petitioner v. Miroslav Lajcak, et al.**

565 U.S. 944, 132 S. Ct. 413, 181 L. Ed. 2d 259, 2011 U.S. LEXIS 7406.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-170. Florida, Petitioner v. Ian Manuel.**

565 U.S. 944, 132 S. Ct. 446, 181 L. Ed. 2d 259, 2011 U.S. LEXIS 7314.

October 11, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 48 So. 3d 94.

**No. 11-171. Jacqueline Osmolski and Steven Osmolski, Jr., Petitioners v. New Jersey.**

565 U.S. 944, 132 S. Ct. 413, 181 L. Ed. 2d 259, 2011 U.S. LEXIS 7264,

October 11, 2011. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 11-172. Carlos E. Jean-Gilles, Petitioner v. Jacques A. Gilles.**

565 U.S. 944, 132 S. Ct. 413, 181 L. Ed. 2d 259, 2011 U.S. LEXIS 7373.

October 11, 2011. Petition for writ of certiorari to the Court of Appeals of Missouri, Eastern District, denied.

Same case below, 330 S.W.3d 538.